# Court of Appeals
# of the State of Georgia

ATLANTA,  July 08, 2026

*The Court of Appeals hereby passes the following order:*

## A26E0208. RITTER v. ALEXANDER.

Rasheed Ritter has filed an "Emergency Motion to Compel Docketing and Transmission of the Appellate Record." Upon consideration, the motion does not meet the requirements of Court of Appeals Rule 40(b) and is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  07/08/2026

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*